

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2014

No. 04-13-00805-CR

Ex Parte Santos **GUEVARA,**
Appellant

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 4704-A
Honorable N. Keith Williams, Judge Presiding

## O R D E R

Sitting: Sandee Bryan Marion, Justice
      Marialyn Barnard, Justice
      Rebeca C. Martinez, Justice

Appellant is represented on appeal by retained counsel, Mr. James R. Chapman. Mr. Chapman has already been granted one sixty-day extension of time in which to file appellant's brief, which was due June 9, 2014. Mr. Chapman has filed a second motion asking for an extension of time until August 9, 2014. In his motion, Mr. Chapman states there are three appeals, including this one, pending before this court that are all inter-related, and he intends to file a motion to consolidate at a future date. Mr. Chapman also states that a hearing on whether appellant is indigent is set for June 12, 2014, in one of the three appeals (appellate cause number 04-14-00303-CR).

Mr. Chapman's motion for an extension of time is ORDERED HELD IN ABEYANCE until further order of this court. Mr. Chapman is hereby ORDERED to file, <u>no later than June 19, 2014</u>, a letter with this court stating (1) the outcome of the indigency hearing in appellate cause number 04-14-00303-CR, and (2) whether appellant intends to pursue his appeal in appellate cause number 04-13-00805-CR.

The clerk of this court shall cause a copy of this order to be served on Mr. Chapman by certified mail, return receipt requested, and by regular United States mail. The clerk of this court also shall cause a copy of this order to be faxed to the Honorable N. Keith Williams, Presiding Judge, 216th Judicial District Court, Gillespie County, Texas.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2014.



Keith E. Hottle
Clerk of Court